UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RODNEY KIRCHKNOPF,<br><br>        Defendant. | Case No. 2:04-cr-00175-PMP-LRL<br><br>**ORDER** |

Having read and considered Defendant Rodney Kirchknopf's Motion for Early Termination of Supervised Release (Doc. #31), filed August 7, 2013, and the Government's Opposition thereto (Doc. #34), and good cause appearing,

**IT IS THEREFORE ORDERED** that Defendant Rodney Kirchknopf's Motion for Early Termination of Supervised Release (Doc. #31) is **DENIED**.

DATED: September 16, 2013.

_____
PHILIP M. PRO
United States District Judge